# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ELIAS HERNANDEZ-HERNANDEZ,
as next friend of
HUGO HERNANDEZ-HERNANDEZ,

      Petitioner,

v.                                                                  No. 2:26-cv-00974-MIS-JHR

WARDEN, Otero County Processing Center,
MARY DE ANDA-YBARRA, in her official
capacity as El Paso Field Office Director of
the Immigration and Customs Enforcement;
TODD LYONS, in his official capacity as
Acting Director of the Immigration and
Customs Enforcement; TODD BLANCHE,
Acting Attorney General of the United States;
and MARKWAYNE MULLIN, Secretary,
Department of Homeland Security,

      Respondents.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order

Granting Petition for Writ of Habeas Corpus entered contemporaneously herewith, Final Judgment

is hereby entered in favor of Petitioner Hugo Hernandez-Hernandez and against Respondents

Warden, Otero County Processing Center, Mary De Anda-Ybarra, Todd Lyons, Todd Blanche, and

Markwayne Mullin.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE